# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD CLARK,
Petitioner,
vs.
DWIGHT NEVEN, WARDEN; HIGH
DESERT STATE PRISON OFFENDER
MANAGEMENT DIVISION; AND THE
STATE OF NEVADA,
Respondents.

No. 70956



FILED

SEP 16 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner complains that the district court has not timely ruled on his post-conviction petition for a writ of habeas corpus (credits). We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228-29, 88 P.3d 840, 844 (2004) (explaining that petitioners bear burden to demonstrate that writ relief is warranted). We expect the district court will resolve all pending matters as expeditiously as its calendar permits. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-28830

cc: Hon. Linda Marie Bell, District Judge
Ronald Clark
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A